WILLIAMS, adm'r, *v.* MACON & BIRMINGHAM R. R. Co.

1. As to the right to open and conclude, the case is controlled by *Harrison* v. *Young*, 9 *Ga.* 359; *Streyer* v. *Georgia Southern & Florida R. R. Co.*, 90 *Ga.* 56; *Wolff* v. *Same*, this term, *ante*, 555.
2. Several of the grounds of the motion for a new trial present no question which this court can review, some of them not being sufficiently verified by the judge, and others not specifying the ground or grounds of objection to the evidence.
3. In none of the other grounds of the motion for a new trial does any error appear authorizing or requiring this court to grant a new trial over the approval of the verdict by the presiding judge.
August 14, 1894.          *Judgment affirmed.*

Appeal. Before Judge HUNT. Upson superior court. November term, 1893.

Assessors appointed to assess the damages for a railroad right of way through lands of the plaintiff in error, made their award of $500, from which an appeal was taken. On the trial the jury found $423.50 as damages, and a motion for a new trial was overruled.

MILLER & MILLER, for plaintiff in error.

GUSTIN, GUERRY & HALL, M. H. SANDWICH and B. L. TISINGER, *contra*.